IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:20-cr-00138-WKW-SRW-1 |
| ) | |
| JESSE LEMAR MCCORMICK ) | |

### MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE SUSAN R. WALKER, UNITED STATES MAGISTRATE JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, Louis V. Franklin, Sr. and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Jesse Lemar McCormick, now in custody of Autauga County Jail, 136 N. Court Street, Prattville, Alabama 36067 and that said cause is set for an arraignment in Montgomery, Alabama, in this Honorable Court on September 29, 2020 at 2:00 p.m.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Autauga County Jail, 136 N. Court Street, Prattville, Alabama 36067, commanding them to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on September 29, 2020 at 2:00 p.m..

Respectfully submitted this 22nd day of September 2020.

Respectfully submitted,

LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

*/s/ MaryLou E. Bowdre*
MARYLOU E. BOWDRE
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:20-cr-00138-WKW-SRW-1 |
| | ) |
| JESSE LEMAR MCCORMICK | ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22nd, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

LOUIS V. FRANKLIN, SR
UNITED STATES ATTORNEY

*/s/ MaryLou E. Bowdre*
MAYRLOU E. BOWDRE
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104