IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Cr. No.:2:20-CR-138-WKW-SRW |
| ) | UNDER SEAL |
| JESSE LEMAR McCORMICK, ) | |
|     Defendant. ) | |

### DEFENDANT JESSE LEMAR MCCORMICK'S MOTION FOR DOWNWARD SENTENCING VARIANCE

**COMES NOW** Defendant, JESSE LEMAR MCCORMICK, by and through his attorney of record, and moves the Court to grant him a downward sentencing variance, that is a sentence below the guideline range calculated for this case, upon grounds separately set forth in the Defendant's Sentencing Memorandum which has been filed under seal.

**RESPECTFULLY** submitted this 21st day of October, 2021.


       /s/ William R. Blanchard
WILLIAM R. BLANCHARD (BLA029)
Attorney for Defendant
BLANCHARD LAW OFFICES
Post Office Box 746
Montgomery, AL 36101-0746
Office: (334) 269-9691

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

                                   Respectfully submitted,

                                   */s/* **William R. Blanchard**
                                   William R. Blanchard
                                   BLANCHARD LAW OFFICES
                                   505 South Perry Street
                                   Post Office Box 746
                                   Montgomery, Alabama 36101-0746
                                   Office: (334) 269-9691
                                   (BLA029)